UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61883-CIV-ZLOCH

RENE LORENZO, on behalf of
himself and all others
similarly situated,

      Plaintiff,

vs.                                    **O R D E R**

TREMONT TOWING, INC., and
EDWIN F. GONZALEZ,

      Defendants.
_____/

    THIS MATTER is before the Court upon the Stipulation And Proposed Order Of Dismissal With Prejudice (DE 36) filed herein by all Parties. The Court has carefully reviewed said Stipulation and the entire court file and is otherwise fully advised in the premises.

    The Court notes that the above-styled cause arises under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*, in which Plaintiff seeks unpaid wages. By prior Order (DE 32), the Court informed the Parties that if a settlement was reached in this matter, counsel should promptly notify the Court and

> also attach to said notice a copy of the settlement agreement which shall set forth the terms of the settlement, including but not limited to, the amount of wages or overtime, the amount of unliquidated damages and attorneys fees, if any. The parties shall also set forth the amount that Plaintiff would have recovered had Plaintiff been 100% successful on the claims set forth in the Complaint. Further, if attorney's fees and costs are part of the settlement agreement, counsel for Plaintiff shall indicate whether the amount recovered in attorney's

fees and costs satisfies Plaintiff's indebtedness to the firm providing representation in this case and if not, the amount of the outstanding balance. Finally, the parties shall state whether there was undue influence, overreaching, collusion or intimidation in reaching the settlement agreement.

Order On Fair Labor Standards Act Settlement Instructions, DE 32, pp. 1-2. The instant Stipulation contains none of this information, which is necessary for the Court to scrutinize the settlement for fairness. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982).

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Court **DECLINES** to approve, adopt and ratify the instant Stipulation; and

2. By noon on Tuesday, July 22, 2008, the Parties shall file a Stipulation Of Dismissal in accord with the Court's prior Order (DE 32).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 17th day of July, 2008.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record